# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**ROBERT TUCK,**

      Defendant.

Civil Action 7:11-CR-17 (HL)

## ORDER

At sentencing held on July 25, 2011, the Court reserved ruling on the amount of restitution due from Defendant. A restitution hearing will be held on September 26, 2011 at 9:30 a.m. in Valdosta.

If either party wishes to submit a brief or other information for the Court's consideration prior to the hearing, the documents must be filed on or before September 5, 2011.

**SO ORDERED**, this the 27 day of July, 2011.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh